IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-61979-CIV-DIMITROULEAS/SNOW

LARNELL PINSON,

Plaintiff,

v.

EMPIRE EDUCATION GROUP
d/b/a EMPIRE BEAUTY SCHOOL, INC.

Defendant.

_____/

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff LARNELL PINSON and Defendant, EMPIRE EDUCATION GROUP d/b/a EMPIRE BEAUTY SCHOOL, INC. hereby stipulate to the Dismissal with Prejudice of all claims, counterclaims and any other claims that were brought or could have been brought in the above-styled litigation between Plaintiff LARNELL PINSON and Defendant, EMPIRE EDUCATION GROUP d/b/a EMPIRE BEAUTY SCHOOL, INC., with each party to bear its or their own attorneys' fees, costs, and other expenses.

**[SIGNATURES APPEAR ON THE FOLLOWING PAGE]**

Respectfully submitted on this 10th day of December, 2010.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| Law Offices of Matthew W. Dietz, P.L.<br>2990 Southwest 35th Avenue<br>Miami, Florida 33133<br>T: (305) 669-2822<br>F: (305) 442-4181<br>Email: MatthewDietz@USDisabilityLaw.com<br><br>By: <u>Matthew W. Dietz</u><br>   Matthew W. Dietz, Esq.<br>   Florida Bar No.: 84905 | DUANE MORRIS LLP<br>200 South Biscayne Boulevard<br>Suite 3400<br>Miami, Florida 33131<br>Telephone: 305.960.2200 (main)<br>Facsimile: 305.397.2536<br>WDZaffuto@duanemorris.com<br><br>By: <u>s/ Warren D. Zaffuto</u><br>   Warren D. Zaffuto, Esq.<br>   Florida Bar No. 074346<br><br>DUANE MORRIS LLP<br>1180 West Peachtree Street, Suite 700<br>Atlanta, Georgia 30309-3448<br>Tel: 404.253.6900<br>Fax: 404-253-6901<br>EPBerezin@duanemorris.com<br><br>By: <u>s/ Eric P. Berezin</u><br>   Eric P. Berezin, Esq.<br>   Florida Bar No. 434299 |