UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61979-CIV-DIMITROULEAS

LARNELL PINSON,

Magistrate Judge Snow

    Plaintiff,

vs.

EMPIRE EDUCATION GROUP d/b/a
EMPIRE BEAUTY SCHOOL, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Voluntary Dismissal with Prejudice [DE-26], filed herein on December 10, 2010.  The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Voluntary Dismissal with Prejudice [DE-26] is hereby **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**, with each party to bear its own attorneys' fees, costs and other expenses;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of December, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record